1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

VICHETH SOM,

                          Petitioner,

        v.

NORTHWEST DENTENTION CENTER et al.,

                          Respondents.

NO. C11-5146RBL/JRC

RECOMMENDED FOR ENTRY
ORDER TRANSFERRING
ACTION TO SEATTLE

13      Petitioner in this action is being deported.  He has filed a 28 U.S.C. §2241 petition.  The

14  action should have been opened in Seattle.  Local Rule 5 (e) (2) allows for transfer of an action

15  from Tacoma to Seattle.  The action should be transferred.

16      The clerk of the court is instructed to send uncertified copies of this Order to the plaintiff.

17

18          Dated this _____ day of March 2011.

19          _____

20          RONALD B. LEIGHTON
            United States District Judge

21

22

Recommended for entry this

23  9th day of March, 2011.

24

25  _____

J. Richard Creatura

26  United States Magistrate Judge

ORDER