**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| VICHETH SOM,<br><br>      Petitioner,<br><br> v.<br><br>NORTHWEST DENTENTION CENTER et al.,<br><br>      Respondents. | NO. C11-5146RBL/JRC<br><br>RECOMMENDED FOR ENTRY<br>ORDER TRANSFERRING<br>ACTION TO SEATTLE |

  Petitioner in this action is being deported. He has filed a 28 U.S.C. §2241 petition. The action should have been opened in Seattle. Local Rule 5 (e) (2) allows for transfer of an action from Tacoma to Seattle. The action should be transferred.

  The clerk of the court is instructed to send uncertified copies of this Order to the plaintiff.

Dated this 14th day of March 2011.

              /s/ Ronald B. Leighton
              RONALD B. LEIGHTON
              UNITED STATES DISTRICT JUDGE

Recommended for entry this
9th day of March, 2011.

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge

ORDER